| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | FILED<br>CLERK, U.S. DISTRICT COURT<br>03/05/2025<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: PC  DEPUTY | 2:15CR00124 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | 8:25-cr-00028-JWH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| David Yniguez<br><br>Santa Ana, California 92103 | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Kent J. Dawson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: May 13, 2021 — TO: Lifetime |

**OFFENSE**
18 U.S.C. § 2252A(a)(2) and (b) Receipt or Distribution of Child Pornography

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of supervised release.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

2/24/2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Central _____ DISTRICT OF _____ California _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 5, 2025
*Effective Date*

*United States District Judge*

1



**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

March 06, 2025

```
__Filed  __Received  __Entered  __Served On
        Counsel _____ _____
              MAR 2 1 2025
        Cle__ _____
        Distric__ of __v__a
By:_____Deputy
```

Clerk, United States District Court

_____ District of __Nevada__

U.S. Courthouse and Federal Building
400 South Virginia Street, Room 321
Reno, NV 89501-2193

Re:   Transfer of Jurisdiction of Probation

  Your Case No.  2:15CR00124
  Assigned Our Case No.  8:25-cr-00028 -JWH
  Case Title:  USA v. YNIGUEZ

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge __DOLLY M. GEE__.

  Please forward to this district copies of the following documents:
  1) Indictment, Information, or Complaint
  2) Judgment and Probationary Order
  3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

  The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____.

Sincerely,

Clerk, U.S. District Court

By __Yvette Louis, yvette_louis@cacd.uscourts.gov__
Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, District of Origin

CR 25 (06/24)            TRANSMITTAL LETTER - PROBATION TRANSFER IN